IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| O.M., <br><br>    Plaintiff, <br><br> v. <br><br> CALVARY CHAPEL INTERNATIONAL WORSHIP CENTER, <br><br>    Defendant. | Case No.: 25-cv-2618 |

## MOTION TO DISMISS

Defendant Calvary Chapel, Inc. d/b/a Calvary Chapel International, by and through its undersigned attorneys, and pursuant to Fed. R. Civ P. 8 and 12(b)(6), hereby requests that the Court dismiss Plaintiff's Complaint since Plaintiff fails to meet Rule 8's pleading requirements and fails to state a claim upon which relief could be granted. In support thereof, Defendant hereby incorporates the points and authorities set forth in the accompanying memorandum as if fully set forth herein.

WHEREFORE, Calvary Chapel, Inc. respectfully requests that this Honorable Court DISMISS the Complaint and each of the claims asserted.

RESPECTFULLY SUBMITTED,

*/s/ Eric W. Gunderson*

Eric W. Gunderson, MD Fed Bar 26319
Hannah Martinson, MD Fed Bar 31401
Davis, Agnor, Rapaport & Skalny, LLC
11000 Broken Land Parkway, Suite 600
Columbia, Maryland  21044
410-995-5800 / 410-309-6161 Fax
egunderson@darslaw.com
hmartinson@darslaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2025, a copy of the foregoing document was served all counsel of record via the Court's ECF system.

*/s/  Eric W. Gunderson*

Eric W. Gunderson, MD Fed Bar 26319