IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| O.M.,<br><br>    Plaintiff,<br><br>v.<br><br>CALVARY CHAPEL INTERNATIONAL WORSHIP CENTER,<br><br>    Defendant. | Case No.: 25-cv-2618-EA |

**DEFENDANT'S NOTICE OF WITHDRAWAL
OF MOTION TO DISMISS**

Defendant Calvary Chapel International Worship Center ("Calvary Chapel"), by and through undersigned counsel, hereby respectfully withdraw its August 15, 2025 Motion to Dismiss (the "Motion") in the above-captioned matter and states as follows:

1. This matter was assigned to Magistrate Judge Erin Aslan on August 13, 2025. (See August 13, 2025 Notice of Case Assignment).

2. On August 13, 2025, Magistrate Judge Aslan ordered a Magistrate Judge Direct Assignment Order ("Assignment Order") ordering dispositive motions be stayed pending the consent of all parties to proceed forward with a Magistrate Judge for all proceedings. (See August 13, 2025 Magistrate Judge Direct Assignment Order).

3. Calvary Chapel unknowingly filed the Motion in contravention of the Court's August 13th Assignment Order.

4. Plaintiff's counsel contacted Defendant's counsel about the restrictions on filing a motion to dismiss set forth in the August 13th Assignment Order.

5. Defendants respectfully withdraw the Motion with the intention to refile pursuant to the timeline set forth in the August 13th Assignment Order.

RESPECTFULLY SUBMITTED,

*/s/ Hannah L. Martinson*

_____
Hannah Martinson, MD Fed Bar 31401
Eric W. Gunderson, MD Fed Bar 26319
Davis, Agnor, Rapaport & Skalny, LLC
11000 Broken Land Parkway, Suite 600
Columbia, Maryland  21044
410-995-5800 / 410-309-6161 Fax
egunderson@darslaw.com
hmartinson@darslaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2025, a copy of the foregoing document was served all counsel of record via the Court's ECF system.

*/s/ Hannah L. Martinson*

_____
Hannah L. Martinson, MD Fed Bar 31401