IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| O.M.,<br><br>     Plaintiff,<br><br>v.<br><br>CALVARY CHAPEL INTERNATIONAL WORSHIP CENTER,<br><br>     Defendant. | Case No.: 25-cv-2618 |

# ORDER

UPON CONSIDERATION OF Defendant Calvary Chapel, Inc.'s Motion to Dismiss, and Plaintiff's opposition thereto, on this _____ day of _____, 2025, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that this action be and hereby is **DISMISSED**.

_____
United States Magistrate Judge