UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| O.M., | * | |
|    Plaintiff, | * | |
| v. | * | Civil Action No. EA-25-2618 |
| CALVARY CHAPEL INTERNATIONAL WORSHIP CENTER, | * | |
| | * | |
|    Defendant. | * | |

**ORDER**

Plaintiff O.M. filed the above-captioned action in the Circuit Court for Anne Arundel County, Maryland, on May 21, 2025, alleging negligence and related claims based on Defendant Calvary Chapel International Worship Center's (Calvary Chapel) alleged failure to protect O.M. ECF Nos. 1-1, 2.  On August 8, 2025, Calvary Chapel removed the case to this Court on the basis of diversity jurisdiction.  ECF No. 1.  On August 15, 2025, Calvary Chapel moved to dismiss the Complaint (ECF No. 7) and subsequently filed a notice of withdrawal of that motion (ECF No. 8), which was docketed as a motion for partial summary judgment.  On August 27, 2025, Calvary Chapel filed another motion to dismiss, which remains pending before the Court.

In light of the foregoing, it is hereby ORDERED that:

1. Defendant's request to withdraw (ECF No. 8) the motion to dismiss filed on August 15, 2025 is GRANTED and that motion (ECF No. 7) is STRICKEN; and

2. The Clerk of the Court is directed to CORRECT the docket entry identifying Defendant's Notice (ECF No. 8) and REMOVE the motion designation (gavel).

Date: August 29, 2025                        _____/s/_____
                                                                   Erin Aslan
                                                                   United States Magistrate Judge